UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


FILED
JUN 23 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Steven Dagostino,
Andre Stones, and
Willis Williams
  Plaintiffs

v. Mike DeWine,
Annette Chambers-Smith, and
Lyneal Wainwright
  Defendant(s).

**AFFIDAVIT OF PRISONER**

Case Number: 3:20 CV 1375

I, __Steven Dagostino__, declare that I am the

__✓__ plaintiff/petitioner
_____ defendant/respondent          _____ other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
   _____ yes  __✓__ no

   a. If the answer is "yes" state the amount of your salary or wages per month.

   b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?
   __✓__ yes  _____ no

If the answer is "yes" state the amount paid or credited to you each month.

$18.00

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
    \_\_\_\_yes  \_✓\_no

    b. Rent payments, interest or dividends?
    \_\_\_\_yes  \_✓\_no

    c. Pensions, annuities or life insurance payments?
    \_\_\_\_yes  \_✓\_no

    d. Gifts or inheritances?
    \_✓\_yes  \_\_\_\_no

    e. Any other sources?
    \_\_\_\_yes  \_✓\_no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

Lynn Cordes $160.00     Lois Ongostrine $600.00

4. Do you own any cash, or do you have money in checking or savings accounts?
    \_\_\_\_yes  \_✗\_no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/1/2020
                Date                          Signature of Applicant

**FURTHER, I understand that:**

Regardless of the outcome of my action, I am liable for the full fee. For example, even if the action is dismissed without service of process, the court will continue to collect installment payments from my account until the entire filing fee is paid. I further understand that I will continue to be liable for the full amount of the fee even after I am released from incarceration.

I have read the forgoing information, and I understand that if I submit this Application, the court will assess and, when funds exist, collect the full fee in the manner set forth above. I further understand that no money should be sent with this Application.

**I authorize the correctional facility in which I am housed and any correctional facility to which I am transferred to withdraw from my trust fund account and forward to the federal court a) an initial partial filing fee for this action (20% of greater of my average monthly deposits or average monthly balance for the past six months), and b) subsequent monthly payments (20% of my previous month's deposits) until I have paid $350 for this action.**

Print your name _Steven Dagustino_

_[signature]_ A752584        5/25/2020
**Signature and Prisoner #**                      Date

===================================================================

**TO BE COMPLETED BY AUTHORIZED OFFICER OF INSTITUTION (PLEASE ATTACH LEGIBLE CERTIFIED COPY OF INMATE'S PRISONER ACCOUNT STATEMENT FOR THE PREVIOUS SIX MONTH PERIOD):**

I certify that the attached is a true and accurate copy of the inmate's prisoner account statement.

_____
Authorized Officer of Institution

"This financial information was given to the inmate prior to it being filed; the information may have been changed after certification and before filing"

6\3