06/03/2020

Marion Correctional Institution

Inmate Demand Statement (Summary)

Inmate Name: DAGUSTINO, STEVEN  Number: A752584

Lock Location: MCI,OA,A,,,9A

Date Range: 12/03/2019 Through 06/04/2020

| Beginning Account Balances: | Saving | Debt | Payable | Ending Account Balances: | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Pos Exemption | $15.00 | $0.00 | $0.00 | Pos Exemption | $13.55 | $0.00 | $0.00 |
| Inmate's Perso | $53.53 | $0.00 | $0.00 | Inmate's Personal | $4.91 | $0.00 | $0.00 |
| **Begin Totals** | **$68.53** | **$0.00** | **$0.00** | **End Totals** | **$18.46** | **$0.00** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 12/03/2019 MCI | ($52.84) | Commissary Sale | Ticket Number 19828 | $15.69 | $0.00 | $0.00 |
| 12/06/2019 MCI | $18.00 | State Pay | State Pay | $33.69 | $0.00 | $0.00 |
| 12/17/2019 MCI | ($22.15) | Commissary Sale | Ticket Number 21916 | $11.54 | $0.00 | $0.00 |
| 12/17/2019 MCI | ($2.00) | Medical Co-Payment | DOS 12/13/19 MCI | $9.54 | $0.00 | $2.00 |
| 01/01/2020 MCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $9.54 | $0.00 | $2.00 |
| 01/03/2020 MCI | $18.00 | State Pay | State Pay | $27.54 | $0.00 | $2.00 |
| 01/03/2020 MCI | ($9.06) | Commissary Sale | Ticket Number 23945 | $18.48 | $0.00 | $2.00 |
| 01/07/2020 MCI | ($2.00) | Payment to Medical Co-Pay Fund | Medical Co-Pays 12/1/19 thru 1/7/2020 | $18.48 | $0.00 | $0.00 |
| 01/22/2020 MCI | ($17.25) | Commissary Sale | Ticket Number 26439 | $1.23 | $0.00 | $0.00 |
| 02/01/2020 MCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $1.23 | $0.00 | $0.00 |
| 02/07/2020 MCI | $18.00 | State Pay | State Pay | $19.23 | $0.00 | $0.00 |
| 02/19/2020 MCI | ($18.80) | Commissary Sale | Ticket Number 29918 | $0.43 | $0.00 | $0.00 |

| Date | Amount/Description | Details | Balance | | |
|---|---|---|---|---|---|
| 03/01/2020 MCI | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.43 | $0.00 | $0.00 |
| 03/03/2020 MCI | ($0.10) Postage Charges (USPS) | Postage | $0.33 | $0.00 | $0.00 |
| 03/06/2020 MCI | $18.00 State Pay ✓ | State Pay | $18.33 | $0.00 | $0.00 |
| 03/23/2020 MCI | ($15.99) Commissary Sale | Ticket Number 34293 | $2.34 | $0.00 | $0.00 |
| 03/23/2020 MCI | ($0.10) Postage Charges (USPS) | Postage | $2.24 | $0.00 | $0.00 |
| 03/26/2020 MCI | ✓ $80.00 OffConnect Kiosk Deposit | 8134842436706379109/condos, lynn | $82.24 | $0.00 | $0.00 |
| 04/01/2020 MCI | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $67.24 | $0.00 | $0.00 |
| 04/01/2020 MCI | $15.00 Pos Exemption | POS Exemption Transfer | $82.24 | $0.00 | $0.00 |
| 04/03/2020 MCI | $18.00 State Pay ✓ | State Pay | $100.24 | $0.00 | $0.00 |
| 04/23/2020 MCI | ($93.14) Commissary Sale ✓ | Ticket Number 36205 | $7.10 | $0.00 | $0.00 |
| 05/01/2020 MCI | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $7.10 | $0.00 | $0.00 |
| 05/08/2020 MCI | $18.00 State Pay ✓ | State Pay | $25.10 | $0.00 | $0.00 |
| 05/09/2020 MCI | ($1.00) JPay Media Credits | Automated JPay Media Credits | $24.10 | $0.00 | $0.00 |
| 05/11/2020 MCI | ✓ $80.00 OffConnect Kiosk Deposit | 8211741798094611814/condos, lynn | $104.10 | $0.00 | $0.00 |
| 05/11/2020 MCI | ($0.10) Postage Charges (USPS) | Legal Mail | $104.00 | $0.00 | $0.00 |
| 05/11/2020 MCI | ($0.10) Postage Charges (USPS) | Legal Mail | $103.90 | $0.00 | $0.00 |
| 05/12/2020 MCI | ($4.10) JPay Media Credits | Automated JPay Media Credits | $99.80 | $0.00 | $0.00 |
| 05/14/2020 MCI | ($1.00) Copy Charges | Law Library Copies Per = T. King | $98.80 | $0.00 | $0.00 |

| Date | Description | Details | Balance | | |
|---|---|---|---|---|---|
| 05/14/2020 MCI | ($0.25) Copy Charges | Law Library Copies Per = T. King | $98.55 | $0.00 | $0.00 |
| 05/14/2020 MCI | ($0.25) Copy Charges | Copies | $98.30 | $0.00 | $0.00 |
| 05/14/2020 MCI | ($76.84) Commissary Sale | Ticket Number 38300 | $21.46 | $0.00 | $0.00 |
| 05/31/2020 MCI | ($1.00) Inmate's Personal Account | Transfer Funds for JPay Media Credits | $20.46 | $0.00 | $0.00 |
| 05/31/2020 MCI | $1.00 Pos Exemption | Transfer Funds for JPay Media Credits | $21.46 | $0.00 | $0.00 |
| 05/31/2020 MCI | ($1.00) JPay Media Credits | Automated JPay Media Credits | $20.46 | $0.00 | $0.00 |
| 06/01/2020 MCI | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $5.46 | $0.00 | $0.00 |
| 06/01/2020 MCI | $15.00 Pos Exemption | POS Exemption Transfer | $20.46 | $0.00 | $0.00 |
| 06/01/2020 MCI | ($1.45) JPay Media Credits | Automated JPay Media Credits | $19.01 | $0.00 | $0.00 |
| 06/01/2020 MCI | ($0.55) Postage Charges (USPS) | Postage | $18.46 | $0.00 | $0.00 |

"This financial information was given to the inmate prior to it being filed; the information may have been changed after certification and before filing"  6/3/20

I CERTIFY THIS DOCUMENT IS A TRUE AND ACCURATE ACCOUNT OF THE INMATE'S FINANCIAL RECORD ON FILE IN MY OFFICE

FINANCIAL ASSOCIATE SUPERVISOR
CASHIER'S OFFICE  6/3

# Ohio Department of Rehabilitation and Correction

SECTION I - To be completed by cashier prior to this form being presented to the inmate for completion of SECTION II - Affidavit of Indigency.

I, Lori L. Wolf, cashier at the Marion Correctional Institution certify that the following is a true and accurate reflection of the status of the account maintained at this institution for the benefit of:

| Inmate Name: | Inmate Number: |
|---|---|
| STEVEN DAUGUSTINO | A-752584 |

*The Prison Litigation Reform Act (PLRA) requires that the time period to be considered is the preceeding six months. It also requires that, "...if financial activity is less than six months due to less than six months of incarceration, then note this fact on the statement. If lack of history is due to recent transfer, then obtain missing month-end reports from sending cashier to complete the six month period. The sending cashier must similarly certify the monthend reports."*

The time period being reported below is: ☒ Six months  ☐ Fewer than six months, beginning _____

The time period is fewer than six months, because: ☐ Period of Incarceration  ☐ Transfer

| | |
|---|---|
| Account Balance as of 06/03/2020: | $18.46 |
| Total state pay credited for the report period; | $108.00 |
| Average monthly state pay for the report period; | $18.00 |
| Total funds received from all sources, excluding state pay, for the report period; | $160.00 |
| Total amount spent in inmate's commissary during the same period; | $306.07 |

| Signature of Cashier: | Date: |
|---|---|
| [signature] | 06/03/2020 |

## AFFIDAVIT OF INDIGENCY

SECTION II - To be completed by inmate after cashier's statement is completed.

I, STEVEN DAUGUSTINO, being first duly sworn, says that he/she does not have sufficient funds to pay the filing fee and other costs of prosecuting this complaint against the State of Ohio, Department of Rehabilitation and Correction, in the Court of Claims of Ohio and submits the cashier's statement (Section I) in support of said allegation of indigency.

I hereby represent that the Information set forth in the cashier's statement concerning my financial condition is true and complete to the best of my knowledge and belief.

| Signature of Inmate: | Inmate Number: |
|---|---|
| [signature] | A-752584 |

Sworn to and Subscribed in my presence this 05 day of June, 2020.

Michael A. Lavier
Notary Public
State of Ohio
My Commission Expires
15 OCTOBER 2021

Notary Public: [signature]

DRC 225 ACA 4262, 4324