IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN D'AGUSTINO, et al. | : | |
| | : | Case No. 3:20-CV-01375 |
| Plaintiff, | : | |
| | : | Judge James G. Carr |
| v. | : | |
| | : | Magistrate Judge James R. Knepp, II |
| MIKE DEWINE, et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF INTERESTED PARTY STATE OF OHIO

Under R.C. § 109.361, the Ohio Attorney General may appear in any civil action in order to protect the interest of the State of Ohio. Named defendants Annette Chambers-Smith and Lyneal Wainwright have not been properly served with summons and a copy of the complaint as required by law.

Appearance on behalf of the State of Ohio does not waive personal service on the defendants and any defenses available at law. Here, Plaintiff is suing two state employees and state agents which constitutes the State's interest. Accordingly, the State of Ohio is providing notice to the Court and to the Plaintiff of the appearance of Senior Assistant Attorney General Tracy L. Bradford as counsel on behalf of Interested Party State of Ohio as to named defendants Annette Chambers-Smith and Lyneal Wainwright, in this case.

Effective immediately, all pleadings and correspondence should be directed to the undersigned at the street address, email address and telephone numbers below.

        Respectfully submitted,

        DAVE YOST
        Ohio Attorney General

        */s/ Tracy L. Bradford*
        TRACY L. BRADFORD (0058556)
        Senior Assistant Attorney General
        Criminal Justice Section
        Corrections Litigation Unit
        150 E. Gay Street, 16th Floor
        Columbus, Ohio 43215
        Office: 614-466-7991, Fax: 866-823-9400
        tracy.bradford@ohioattorneygeneral.gov
        *Counsel for Interested Party State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Notice of Appearance of Counsel* was filed electronically in the Court's ECF system on August 6, 2020, and was sent by regular, first-class mail to Plaintiffs:

        Steven D'Agustino, A#752-584
        Marion Correctional Institution
        P. O. Box 57
        Marion, Ohio 43301

        Andre E. Stores, #A314-976
        Marion Correctional Institution
        P. O. Box 57
        Marion, Ohio 43301

        Willis Williams, #A760-782
        Marion Correctional Institution
        P. O. Box 57
        Marion, Ohio 43301

        */s/Tracy L. Bradford*
        TRACY L. BRADFORD
        Senior Assistant Attorney General