Motion Granted.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

In the United States District Court
For the Northern District of Ohio
Western Division

| | |
|---|---|
| Steven Dagustino, et al., | Case No. 3: 20 cv 1375 |
| Plaintiffs | Judge James Carr |
| v. | Motion to Withdraw Motion for Preliminary Injunction |
| Mike DeWine, Governor Et al., | Patricia Horner S. Ct. #0039912 412 14th Street Toledo, OH 43604 |
| Defendants | (419) 699-6163 FAX (419) 244-1119 attorneypath@gmail.com Counsel for Plaintiffs |

Now come plaintiffs, through their Attorney Patricia Horner and hereby requests this Court grant them their motion to withdraw their pending motion for preliminary injunction against defendants.[Doc. #10].

Respectfully submitted,

*/s/ Patricia Horner*
Patricia Horner

Certificate of Service

This is to certify that a copy of the foregoing was delivered to Tracy L. Bradford, Assist. OH A.G., attorney for defendants, via this Court's electronic mail system on this 9th day of May 2021.

*/s/ Pat Horner*
Pat Horner